**STATE of Missouri, Respondent,**

v.

**James W. DYER, Appellant.**

**WD 42797.**

Missouri Court of Appeals, Western District.

Sept. 4, 1990.

Ronald J. Prenger, Jefferson City, for appellant.

Patricia Joyce, Asst. Pros. Atty., Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction of distribution and delivery of marijuana, § 195.020,

RSMo 1986, and from sentence of thirty days' confinement in the county jail.

Judgment affirmed. Rule 30.25(b).